# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2017

## NO. 03-16-00840-CV

**Physician Assistant Board and Margaret K. Bentley, in her Individual and Official Capacities, Appellants**

**v.**

**Jose A. Perez, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the final order and judgment signed by the trial court on November 16, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order and judgment to the extent that it denied appellants' motion to declare Perez a vexatious litigant. Therefore, the Court affirms the trial court's final order and judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.